**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA ORTIZ, et al., | CASE NO. CV 09-02948-RGK (CTx) |
| Plaintiff(s), | |
| vs. | **ORDER DISMISSING CIVIL ACTION** |
| WACHOVIA MORTGAGE FSB, et al, | |
| Defendant(s). | |

On September 3, 2009, the Court issued an Order to Show Cause re Dismissal re Lack of Prosecution as to defendants Jacqueline Herrera Saldana and Tafoya Realty . A response was ordered to be filed not later than September 14, 2009. The Court has received no further filings regarding these defendants and hereby dismisses the action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: September 18, 2009

_____
**R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE**